

# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

| | | |
|---|---|---|
| | **Civil Action File Number**<br>WC-2021-0490 | |
| **Plaintiff**<br>Christopher Laccinole<br>v.<br>THE NARRAGANSETT ELECTRIC<br>COMPANY d/b/a NATIONAL GRID<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Christopher Laccinole | |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>23 Othmar St<br>Narragansett RI 02882 | |
| McGrath Judicial Complex<br>Washington County<br>4800 Tower Hill Road<br>Wakefield RI 02879<br>(401) 782-4121 | **Address of the Defendant**<br>Corporation Service Company<br>222 Jefferson Boulevard Suite 200<br>Warwick RI 02888 | |

**TO THE DEFENDANT, The Narragansett Electric Company D/b/a National Grid:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 11/1/2021. | /s/ Brenden Oates<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

11/2/21



True Copy Attest

Jacqueline Alger
Constable # 6210

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff** <br> Christopher Laccinole <br> v. <br> THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID <br> **Defendant** | **Civil Action File Number** <br> WC-2021-0490 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent *Corporation Service Co* _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: Nov 2 2021                    SERVICE FEE $ 40
        Month   Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich RI 02818

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED

Signature _____

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

**STATE OF RHODE ISLAND**                    **SUPERIOR COURT**
**WASHINGTON COUNTY**

**CHRISTOPHER LACCINOLE**                    **C.A. No.:**
*Plaintiff*

**Vs.**

**THE NARRAGANSETT ELECTRIC**                **JURY TRIAL REQUESTED**
**COMPANY d/b/a NATIONAL GRID**
*Defendant*

## COMPLAINT

## INTRODUCTION

1.  This is Plaintiff's third consumer protection action against National Grid for
    robocalling Plaintiff with prerecorded messages.

2.  Since 2013, Plaintiff sent SEVEN certified letters to National Grid, return receipt
    requested, telling National Grid each time, "Please don't call me."

3.  Even though National Grid signed for receipt of each of these seven letters, National
    Grid continues to robocall Plaintiff for years with prerecorded voice messages.

4.  In several of these messages, National Grid was soliciting products and services.

5.  This latest suit follows Plaintiff's two earlier suits in this Court (WC-2018-0328 and
    WC-2014-0519) that complained of the same conduct by National Grid.

6.  Just a few days before filing the instant matter, National Grid settled a $37.5Million
    robocall class action suit where National Grid placed unwanted prerecorded calls to
    consumers for over ten years. (see *Jenkins v. National Grid USA et al*; Eastern District
    New York; 2:15-cv-01219; Unopposed motion for class action settlement filed
    October 29, 2021).

7.  The Plaintiff brings this action alleging the Defendants repeatedly violated the

1

Telephone Consumer Protection Act, 47 U.S.C. § 227 (hereinafter "TCPA"), while

attempting to collect an alleged debt from the Plaintiff. The Plaintiff seeks statutory

damages and injunctive relief under the TCPA.

8.   Any violations by Defendants were knowing, willful, repeated, and intentional, and

Defendants did not maintain procedures reasonably adapted to avoid any such

violation.

## JURISDICTION AND VENUE

9.   This Court has jurisdiction to hear the TCPA claims in this matter pursuant to 47

U.S.C. § 227(b)(3) and 47 U.S.C. § 227(c)(5).  See *Mims v. Arrow Fin. Servs., LLC*, 132

S. Ct. 740 (2012).

10.  Venue in this County is proper pursuant to 47 U.S.C

11.  . § 227(b)(3) because the Plaintiff is a resident of this County and the conduct

complained of took place in this County.

## PARTIES

12.  The Plaintiff is an adult resident, of the Town of Narragansett, County of

Washington, State of Rhode Island.

13.  Upon information and belief, Defendant Narragansett Electric Company d/b/a

National Grid. (hereinafter "National Grid") is a utility incorporated under the laws

of the State of Rhode Island.

14.  Upon information and belief, Defendant National Grid may be served upon its

registered agent in the State of Rhode Island, to wit: Corporation Service Company

at 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888.

15.  Defendant National Grid is a subsidiary of National Grid PLC, an international

2

utility provider.

16.   Other defendants may be discovered in the course of litigation, and Plaintiff
      respectfully prays that the Court will permit the addition of later discovered parties
      upon motion.

## FACTUAL ALLEGATIONS

### *Plaintiff's first Do-Not-Call Letter*

17.   On November 29, 2013, Plaintiff mailed a letter to National Grid via US Certified
      Return Receipt Requested Mail (USPS tracking number 7012 0470 0001 5313 7966).

18.   National Grid received and signed for this letter on December 2, 2013 with a hand-
      written signature that reads as "REED."

19.   A true and accurate copy of the letter and receipts for mailing are attached to this
      complaint herein as Exhibit A.

20.   That in the afore-mentioned letter, Plaintiff made certain requests of National Grid,
      *inter alia*, "Please don't call me."

### *Plaintiff's second Do-Not-Call Letter*

21.   On June 30, 2015, Plaintiff mailed a letter to National Grid via US Certified Return
      Receipt Requested Mail (USPS tracking number 7015 0640 0004 4041 7126).

22.   National Grid received and signed for this letter on July 7, 2015 with a hand-written
      signature.

23.   A true and accurate copy of the letter and receipts for mailing are attached to this
      complaint herein as Exhibit B.

24.   That in the afore-mentioned letter, Plaintiff made certain requests of National Grid,
      *inter alia*, "Please don't call me."

3

*Plaintiff's third Do-Not-Call Letter*

25.    On May 11, 2018, Plaintiff mailed a letter to National Grid via US Certified Return

Receipt Requested Mail (USPS tracking number 7015 0640 0004 0802 5950).

26.    National Grid received and signed for this letter on May 15, 2018 with a hand-

written signature that reads as "AMO NATIONAL GRID."

27.    A true and accurate copy of the letter and receipts for mailing are attached to this

complaint herein as Exhibit C.

28.    That in the afore-mentioned letter, Plaintiff wrote to National Grid, "Dear National

Grid, Please don't call me."

*Plaintiff's fourth Do-Not-Call Letter*

29.    On December 18, 2018, Plaintiff mailed a letter to National Grid via US Certified

Return Receipt Requested Mail (USPS tracking number 7018 1130 0000 5140 0922).

30.    National Grid received and signed for this letter on December 20, 2018 with a hand-

written signature that reads as "R. Perry."

31.    A true and accurate copy of the letter and receipts for mailing are attached to this

complaint herein as Exhibit D.

32.    That in the afore-mentioned letter, Plaintiff wrote to National Grid, "Dear National

Grid, Please don't call me."

*National Grid robocalls Plaintiff with prerecorded voice calls*

33.    At all times relevant to this Complaint, National Grid was engaged in the business of

consumer electric service, using mail and telephone to communicate with residents

of Rhode Island.

34.    On December 29, 2018, Plaintiff received a call on his cellular telephone ending in

4

0762.

35.   When Plaintiff answered the call, he began to immediately hear a prerecorded voice message that says, "This is National Grid, we are trying to reach Chris Laccinole. If you are Chris Laccinole, please press 1 and wait for an operator."

36.   Plaintiff recognized that the message was a prerecorded voice because he has heard the exact same message before and the voice uses the same words, rhythm, pauses, and intonation each time he hears the message.

37.   For more than one year after receiving Plaintiff's Fourth Do-Not-Call letter, National Grid repeatedly made and/or initiated prerecorded telephone calls to Plaintiff's cellular telephone number ending in 0762.

38.   During several calls, National Grid played a prerecorded telemarketing message where it advertised products and services:

> *Hello, this is DeMaris calling from National Grid with an important message. You're invited to a local customer assistance expo where you can learn about options to help manage your energy bill. Please join us on Wednesday November 6th from 12pm to 4pm at the North Kingstown Library located at 100 Boon Street, North Kingstown. Our customer advocates will be at the expo to assist you with the discount rates, payment plans, the budget plans, and the forgiveness program for those that qualify. When enrolled on a discount rate, income eligible customers may qualify for up to 25 to 30 percent off monthly energy bills. If you receive SNAP or Medicaid, please make sure to bring your benefit card to the expo to enroll in our discount rate if you are not already on it. If you have been approved for field assistance, please bring your approval letter to see if you qualify for our forgiveness program. Please press three to confirm your attendance at this upcoming expo. Note you may still attend without confirming.*

39.   When National Grid called using this telemarketing message, it would play the exact same message above twice, leaving no doubt that it was prerecorded.

### *Plaintiff's fifth Do-Not-Call Letter*

40.   On January 4, 2020, Plaintiff mailed a letter to National Grid via US Certified Return Receipt Requested Mail (USPS tracking number 7019 0140 0000 3357 9041).

5

41.   National Grid received and signed for this letter on January 7, 2020 with a hand-written signature.

42.   A true and accurate copy of the letter and receipts for mailing are attached to this complaint herein as Exhibit E.

43.   That in the afore-mentioned letter, Plaintiff wrote to National Grid, "Dear National Grid, Please don't call me."

44.   Despite five clear and unambiguous written do-not-call requests from Plaintiff, National Grid continued to robocall Plaintiff with prerecorded voice calls to Plaintiff's cellular telephone.

### *Plaintiff's sixth Do-Not-Call Letter*

45.   On July 24, 2020, Plaintiff mailed a letter to National Grid via US Certified Return Receipt Requested Mail (USPS tracking number 7019 2280 0000 4947 5000).

46.   National Grid received and signed for this letter on January 27, 2020.

47.   A true and accurate copy of the letter and receipts for mailing are attached to this complaint herein as Exhibit F.

48.   That in the afore-mentioned letter, Plaintiff wrote to National Grid, "Dear National Grid, Please don't call me."

49.   Despite six clear and unambiguous written do-not-call requests from Plaintiff, National Grid continued to robocall Plaintiff with prerecorded voice calls to Plaintiff's cellular telephone.

### *Plaintiff's seventh Do-Not-Call Letter*

50.   On September 16, 2020, Plaintiff mailed a letter to National Grid via US Certified Return Receipt Requested Mail (USPS tracking number 7020 1810 0001 1106 1340).

6

51.    National Grid received and signed for this letter on September 18, 2020.

52.    A true and accurate copy of the letter and receipts for mailing are attached to this complaint herein as Exhibit G.

53.    That in the afore-mentioned letter, Plaintiff wrote to National Grid, "Dear National Grid, Please don't call me."

54.    Despite seven clear and unambiguous written do-not-call requests from Plaintiff, National Grid continued to robocall Plaintiff with prerecorded voice calls to Plaintiff's cellular telephone.

55.    National Grid did not have the prior express consent of Plaintiff to initiate telephone calls to his cellular telephone number using an artificial or prerecorded voice to deliver a message. In fact, Plaintiff explicitly denied consent in previous correspondence to National Grid.

56.    Defendant knowingly and/or willfully initiated artificial or prerecorded voice telephone calls to Plaintiff's cellular telephone number.

57.    The telephone calls to Plaintiff's cellular telephone number were not initiated by accident or mistake.

58.    The telephone calls to Plaintiff's cellular telephone number were an attempt to collect a debt.

59.    The telephone calls to Plaintiff's cellular telephone number were not initiated for an emergency purpose.

60.    It was the intent of National Grid to initiate the telephone calls to the Plaintiff's cellular telephone number.

61.    The sole purpose of the continuing robocalls on the account was to harass and

7

intimidate Plaintiff into paying a debt.

62.    Plaintiff is a person as that term is defined by 47 U.S.C. § 153(39).

63.    Defendant is a person as that term is defined by 47 U.S.C. § 153(39).

64.    Plaintiff's phone number is part of the national Do Not Call registry.

65.    The robocalls were annoying, abusive, and harassing to Plaintiff.

66.    Plaintiff incurred actual damages as a result of Defendant's behavior.

67.    Defendant's calls harmed Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

68.    Defendant's calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

69.    Defendant's calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone line.

70.    Defendant's calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

71.    Defendants harassed Plaintiff by incessantly calling Plaintiff's telephone.

72.    Defendant's calls harmed Plaintiff by causing Plaintiff aggravation and annoyance.

73.    Defendant's calls harmed Plaintiff by wasting Plaintiff's time.

74.    Defendant's calls harmed Plaintiff by depleting the battery life on Plaintiff's cellular telephone.

75.    Defendant's calls harmed Plaintiff by using data storage space in Plaintiff's cellular telephone.

76.    Defendant's calls to Plaintiff invaded the privacy interests that the TCPA was intended to protect.

**COUNT I – Telephone Consumer Protection Act – 47 U.S.C. § 227(b)(1)(A)(iii)**

77. The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

78. Defendants' violations of the TCPA include, but are not limited to, the following:

> Making and/or initiating a telephone call using an automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

79. As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of statutory damages of $500.00 for each such violation and an injunction prohibiting future conduct in violation of the TCPA.

80. Since Defendants' violations were committed willfully and knowingly, Plaintiff requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for "each such violation" pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from calling Plaintiff using prerecorded voice.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT II – Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(1)(iii)**

81. The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

82. Defendants violated regulations of the TCPA including, but not limited to, the following:

> No person or entity may use an automatic telephone dialing system or an

artificial or prerecorded voice to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

47 CFR § 64.1200(a)(1)(iii).

83. Defendants called Plaintiff's cellular telephone with prerecorded voice for years.

84. As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of statutory damages of $500.00 "for each such violation" and an injunction prohibiting future conduct in violation of the TCPA.

85. Since Defendants' violations were committed willfully and knowingly, Plaintiff requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from calling Plaintiff using prerecorded voice.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT III – Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(2)**

86. The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

87. Defendants violated regulations of the TCPA including, but not limited to, the following:

No person or entity may initiate, or cause to be initiated, any telephone call that includes or introduces an advertisement or constitutes telemarketing, using an automatic telephone dialing system or an artificial or prerecorded voice, to any of the lines or telephone numbers described in paragraphs (a)(1)(i) through (iii) of this section.

10

47 CFR § 64.1200(a)(2).

88.   Defendants damaged Plaintiff by calling his cellular phone with prerecorded telemarketing messages.

89.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of statutory damages of $500.00 "for each such violation" and an injunction prohibiting future conduct in violation of the TCPA.

90.   Since Defendants' violations were committed willfully and knowingly, Plaintiff requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing with prerecorded messages.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT IV – Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(3)**

91.   The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

92.   Defendants violated regulations of the TCPA including, but not limited to, the following:

In every case where the artificial or prerecorded voice telephone message includes or introduces an advertisement or constitutes telemarketing and is delivered to a residential telephone line or any of the lines or telephone numbers described in paragraphs (a)(1)(i) through (iii), provide an automated, interactive voice- and/or key press-activated opt-out mechanism for the called person to make a do-not-call request.

47 CFR § 64.1200(b)(3).

11

93.    Since Defendants did not provide an opt-out mechanism to Plaintiff during the

prerecorded message, Defendants' conduct damaged Plaintiff by forcing him to incur

expenses from further phone calls or prerecorded messages to Plaintiff's cellular

telephone.

94.    As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

95.    Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from employing prerecorded telemarketing calls without an opt-out mechanism.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT V – Telephone Consumer Protection Act – 47 CFR § 64.1200(c)(2)**

96.    The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

97.    Defendants violated regulations of the TCPA including, but not limited to, the

following:

No person or entity shall initiate any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government.

12

47 CFR § 64.1200(c)(2).

The rules set forth in paragraph (c) and (d) of this section [47 CFR § 64.1200] are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described in the Commission's Report and Order, CG Docket No. 02-278, FCC 03-153, "Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991."

47 CFR § 64.1200(e).

98.   Since Defendants called Plaintiff's cellular telephone while his telephone was on the

National Do Not Call Registry, Defendants' conduct damaged Plaintiff by forcing

him to incur expenses from further phone calls to Plaintiff's cellular telephone.

99.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

100.  Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for

each such violation.

**Wherefore,** the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing numbers on the Do Not Call registry.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT VI – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(1)

101.  The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

102.  Defendants violated regulations of the TCPA including, but not limited to, the

13

following:

> Written policy.  Persons or entities making calls for telemarketing purposes
> must have a written policy, available upon demand, for maintaining a do-not-
> call list.
>
> 47 CFR § 64.1200(d)(1).

103.   Defendants do not maintain a do-not-call list.  See *Jenkins v. National Grid USA et al.*

104.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

105.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation
   pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing
   without a do-not-call policy.
4) Referral to the Rhode Island Attorney General for prosecution under 47
   U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT VII – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(2)

106.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

107.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

> Training of personnel engaged in telemarketing.  Personnel engaged in any
> aspect of telemarketing must be informed and trained in the existence and use
> of the do-not-call list.
>
> 47 CFR § 64.1200(d)(2).

14

108.   Defendants do not maintain a do-not-call list.

109.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

110.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing without informed and trained personnel.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT VIII – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(3)**

111.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

112.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the

person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

47 CFR § 64.1200(d)(3).

113.   Defendants refused to record or honor Plaintiff's repeated do not call requests.

114.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

115.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from calling calling consumers who place do-not-call requests.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT IX – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(4)**

116.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

117.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the

individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted.

47 CFR § 64.1200(d)(4).

118.   Since Defendants did not identify the name of the individual caller, Defendants' conduct damaged Plaintiff by forcing him to incur expenses to determine who called Plaintiff's cellular telephone.

119.   Since Defendants did not identify the address of the caller, Defendants' conduct damaged Plaintiff by forcing him to incur expenses to determine who called Plaintiff's cellular telephone.

120.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of statutory damages of $500.00 "for each such violation" and an injunction prohibiting future conduct in violation of the TCPA.

121.   Since Defendants' violations were committed willfully and knowingly, Plaintiff requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing without proper disclosures.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT X – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(5)**

122.   The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

17

123.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

> Affiliated persons or entities. In the absence of a specific request by the
> subscriber to the contrary, a residential subscriber's do-not-call request shall
> apply to the particular business entity making the call (or on whose behalf a call
> is made), and will not apply to affiliated entities unless the consumer reasonably
> would expect them to be included given the identification of the caller and the
> product being advertised.
>                                                            47 CFR § 64.1200(d)(5).

124.   Defendants did not apply Plaintiff's do not call requests to the particular business

entity making the calls.

125.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

126.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2) Statutory Damages in the amount of $1,500 for each such violation
   pursuant to 47 U.S.C. § 227(b)(3);
3) Injunctive Relief to restrain and enjoin Defendant from refusing to apply
   do-not-call requests across all Defendant's business entities.
4) Referral to the Rhode Island Attorney General for prosecution under 47
   U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT XI – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(6)

127.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

128.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

> Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.
>
> 47 CFR § 64.1200(d)(6).

129.   Defendants did not maintain Plaintiff's do not call requests because Defendants refuse to honor Plaintiff's requests.

130.   As a result of Defendants' actions, under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of statutory damages of $500.00 "for each such violation" and an injunction prohibiting future conduct in violation of the TCPA.

131.   Since Defendants' violations were committed willfully and knowingly, Plaintiff requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(b)(3) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1)   Actual Damages pursuant to 47 U.S.C. § 227(b)(3);
2)   Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(b)(3);
3)   Injunctive Relief to restrain and enjoin Defendant from conducting telemarketing without maintaining do-not-call lists.
4)   Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5)   Such other relief as the Court may deem just and appropriate.

**COUNT XII – Telephone Consumer Protection Act– 47 U.S.C. § 227(c)(5)**

132.   The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

133.   Defendants' violations of the TCPA include, but are not limited to, the following:

> Placing more than one telephone call to Plaintiff's cellular phone without consent in violation of the TCPA regulations.

134.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 for each such violation and an injunction

prohibiting future conduct in violation of the TCPA.

135.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from calling Plaintiff.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT XIII – Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(1)(iii)

136.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

137.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

No person or entity may use an automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

47 CFR § 64.1200(a)(1)(iii).

138.   Defendants called Plaintiff's cellular telephone with prerecorded voice for years.

139.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 for each such violation and an injunction

prohibiting future conduct in violation of the TCPA.

140.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from calling Plaintiff using prerecorded voice.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT XIV – Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(2)**

141.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

142.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

> No person or entity may initiate, or cause to be initiated, any telephone call that includes or introduces an advertisement or constitutes telemarketing, using an automatic telephone dialing system or an artificial or prerecorded voice, to any of the lines or telephone numbers described in paragraphs (a)(1)(i) through (iii) of this section.
>
> 47 CFR § 64.1200(a)(2).

143.   Defendants damaged Plaintiff by calling his cellular phone with prerecorded

telemarketing messages.

144.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 for each such violation and an injunction

prohibiting future conduct in violation of the TCPA.

145.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from calling Plaintiff with prerecorded telemarketing messages.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT XV – Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(3)

146.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

147.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

> In every case where the artificial or prerecorded voice telephone message includes or introduces an advertisement or constitutes telemarketing and is delivered to a residential telephone line or any of the lines or telephone numbers described in paragraphs (a)(1)(i) through (iii), provide an automated, interactive voice- and/or key press-activated opt-out mechanism for the called person to make a do-not-call request.
>
> 47 CFR § 64.1200(b)(3).

148.   Since Defendants did not provide an opt-out mechanism to Plaintiff during the

prerecorded message, Defendants' conduct damaged Plaintiff by forcing him to incur

expenses from further phone calls to Plaintiff's cellular telephone.

149.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 for each such violation and an injunction

prohibiting future conduct in violation of the TCPA.

150.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

22

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(a
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from employing prerecorded telemarketing calls without an opt-out mechanism.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT XVI – Telephone Consumer Protection Act – 47 CFR § 64.1200(c)(2)

151. The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

152. Defendants violated regulations of the TCPA including, but not limited to, the following:

> No person or entity shall initiate any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government.
> 47 CFR § 64.1200(c)(2).

> The rules set forth in paragraph (c) and (d) of this section [47 CFR § 64.1200] are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described in the Commission's Report and Order, CG Docket No. 02-278, FCC 03-153, "Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991."
> 47 CFR § 64.1200(e).

153. Since Defendants called Plaintiff's cellular telephone while his telephone was on the National Do Not Call Registry, Defendants' conduct damaged Plaintiff by forcing him to incur expenses from further phone calls to Plaintiff's cellular telephone.

154. As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

23

an award of statutory damages of $500.00 for each such violation and an injunction

prohibiting future conduct in violation of the TCPA.

155.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation
   pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing
   telephones on the Do Not Call Registry.
4) Referral to the Rhode Island Attorney General for prosecution under 47
   U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT XVII – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(1)**

156.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

157.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

Written policy.  Persons or entities making calls for telemarketing purposes
must have a written policy, available upon demand, for maintaining a do-not-
call list.

47 CFR § 64.1200(d)(1).

158.   Defendants do not maintain a do-not-call list.

159.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

160.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

24

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing without a written do-not-call policy.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT XVIII – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(2)**

161.   The acts of the Defendants constitute violations of the Telephone Consumer Protection Act.

162.   Defendants violated regulations of the TCPA including, but not limited to, the following:

> Training of personnel engaged in telemarketing.  Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.
>
> 47 CFR § 64.1200(d)(2).

163. ` Defendants do not maintain a do-not-call list.

164.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to an award of statutory damages of $500.00 "for each such violation" and an injunction prohibiting future conduct in violation of the TCPA.

165.   Since Defendants' violations were committed willfully and knowingly, Plaintiff requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

25

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from telemarketing without informed and trained personnel.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT XIX – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(3)**

166. The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

167. Defendants violated regulations of the TCPA including, but not limited to, the

following:

> Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

> 47 CFR § 64.1200(d)(3).

168. Defendants refused to record or honor Plaintiff's repeated do not call requests.

169. As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

170.    Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from calling consumers who place do-not-call requests.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

### COUNT XX – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(4)

171.    The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

172.    Defendants violated regulations of the TCPA including, but not limited to, the

following:

Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted.

47 CFR § 64.1200(d)(4).

173.    Since Defendants did not identify the name of the individual caller, Defendants'

conduct damaged Plaintiff by forcing him to incur expenses to determine who called

Plaintiff's cellular telephone.

174.    Since Defendants did not identify the address of the caller, Defendants' conduct

damaged Plaintiff by forcing him to incur expenses to determine who called

Plaintiff's cellular telephone.

27

175. As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

176. Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

   1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
   2) Statutory Damages in the amount of $1,500 for each such violation
      pursuant to 47 U.S.C. § 227(c)(5);
   3) Injunctive Relief to restrain and enjoin Defendant from telemarketing
      without making proper disclosures.
   4) Referral to the Rhode Island Attorney General for prosecution under 47
      U.S.C. § 227(g).
   5) Such other relief as the Court may deem just and appropriate.

### COUNT XXI – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(5)

177. The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

178. Defendants violated regulations of the TCPA including, but not limited to, the

following:

> Affiliated persons or entities. In the absence of a specific request by the
> subscriber to the contrary, a residential subscriber's do-not-call request shall
> apply to the particular business entity making the call (or on whose behalf a call
> is made), and will not apply to affiliated entities unless the consumer reasonably
> would expect them to be included given the identification of the caller and the
> product being advertised.
>
> 47 CFR § 64.1200(d)(5).

179. Defendants did not apply Plaintiff's do not call requests to the particular business

entity making the calls.

180. As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

181.   Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from refusing to apply do-not-call requests across all of Defendant's business entities.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

**COUNT XXII – Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(6)**

182.   The acts of the Defendants constitute violations of the Telephone Consumer

Protection Act.

183.   Defendants violated regulations of the TCPA including, but not limited to, the

following:

Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.

47 CFR § 64.1200(d)(6).

184.   Defendants did not maintain Plaintiff's do not call requests because Defendants

refuse to honor Plaintiff's requests.

185.   As a result of Defendants' actions, under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to

an award of statutory damages of $500.00 "for each such violation" and an

injunction prohibiting future conduct in violation of the TCPA.

29

186.    Since Defendants' violations were committed willfully and knowingly, Plaintiff

requests an award of statutory damages of $1,500.00 under 47 U.S.C. § 227(c)(5) for

each such violation.

**Wherefore**, the Plaintiff requests judgment against each Defendant for

1) Actual Damages pursuant to 47 U.S.C. § 227(c)(5);
2) Statutory Damages in the amount of $1,500 for each such violation pursuant to 47 U.S.C. § 227(c)(5);
3) Injunctive Relief to restrain and enjoin Defendant from conducting telemarketing without maintaining do-not-call lists.
4) Referral to the Rhode Island Attorney General for prosecution under 47 U.S.C. § 227(g).
5) Such other relief as the Court may deem just and appropriate.

The Plaintiff,
Christopher Laccinole

_/s/ Christopher M. Laccinole_
Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

## JURY DEMAND

The Plaintiff demands a trial by jury on each and every count.

_/s/ Christopher M. Laccinole_

Christopher M. Laccinole

June 30, 2015

National Grid

PO Box 960

Northborough MA 01532-0960

Dear National Grid official,

I recently made several payments on my account and I am asking for an updated statement on my account so that I can see what my next due date is, and what the next payment amount should be. I made two payments last month and I think it messed up my payment arrangement.

Please don't call me.

Sincerely,

Chris Laccinole

17 Richard Smith Road

Narragansett, RI 02882

```
              NARRAGANSETT
              15 MEMORIAL SC
              NARRAGANSETT
                   RI
                028823391
06/30/2015    (800)275-8777   5:01 PM

Product            Sale       Final
Description        Qty        Price

First-Class          1        $0.49
Mail
Letter
    (Domestic)
    (PROVIDENCE, RI  02904)
    (Weight:0 Lb 1.00 Oz)
    (Expected Delivery Day)
    (Thursday 07/02/2015)
Certified            1        $3.45
    (@@USPS Certified Mail #)
    (70150640000440417133)
Return               1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940301335077816312)
First-Class          1        $0.49
Mail
Letter
    (Domestic)
    (NORTHBOROUGH, MA  01532)
    (Weight:0 Lb 0.50 Oz)
    (Expected Delivery Day)
    (Thursday 07/02/2015)
Certified            1        $3.45
    (@@USPS Certified Mail #)
    (70150640000440417120)
Return               1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940301335077816329)

Total                        $13.48

Debit Card Remit'd           $13.48
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXX5354)
    (Approval #:747345)
    (Transaction #:610)
    (Receipt #:000684)
    (Debit Card Purchase:$13.48)
    (Cash Back:$0.00)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clickship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

***************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
```



November 29, 2013

National Grid

PO Box 960

Northborough MA 01532-0960


Dear National Grid official,

I recently made several payments on my account and I am asking for an updated statement on my account so that I can see what my next due date is, and what the next payment amount should be.

I also want to let you know that there is a utility pole directly opposite my house that is leaning over at a 20 degree angle.  It needs to be replaced before the next big storm occurs.

Please don't call me.

Sincerely,

Chris Laccinole

17 Richard Smith Road

Narragansett, RI 02882

**U.S. Postal Service**
**CERTIFIED MAIL· RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

NORTHBOROUGH MA 01532

| | | | |
|---|---|---|---|
| Postage | $ | $0.66 | 0882 |
| Certified Fee | | $3.10 | 95 |
| Return Receipt Fee (Endorsement Required) | | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.31 | 11/29/2013 |

Sent To *National Grid*
Street, Apt. No.; or PO Box No. *PO Box 960*
City, State, ZIP+4 *Northborough MA 01532-0960*

7012 0470 0001 5313 7966

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*National Grid*
*PO Box 960*
*Northborough MA*
*01532-0960*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent  □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:      □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)      □ Yes

2. Article Number
(Transfer from service label)     7012 0470 0001 5313 7966

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

May 4, 2018

National Grid

PO Box 960

Northborough MA 01532-0960


Dear National Grid,

Please don't call me.


Please send me an updated billing statement.

Sincerely,

Chris Laccinole

17 Richard Smith Road

Narragansett, RI 02882

Account 1318609050

```
                WAKEFIELD
            551 KINGSTOWN RD
                WAKEFIELD
                    RI
                02879-9994
               4382600880
05/11/2018   (800)275-8777   10:30 AM
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.50 |

```
    (Domestic)
    (NORTHBOROUGH, MA 01532)
    (Weight:0 Lb 0.40 Oz)
    (Estimated Delivery Date)
    (Monday 05/14/2018)
```

| Certified | 1 | $3.45 |
|---|---|---|

```
    (@@USPS Certified Mail #)
    (70150640000408025950)
```

| Return Receipt | 1 | $2.75 |
|---|---|---|

```
    (@@USPS Return Receipt #)
    (9590940218096074861736)
```

| Total | | $6.70 |
|---|---|---|
| Credit Card Remitd | | $6.70 |

```
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX3708)
    (Approval #:01558D)
    (Transaction #:642)
    (Entry Mode:Chip)
    (AID:A0000000031010)
    (Application Label:VISA CREDIT)
    (PIN:PIN Not Required)
    (Cryptogram:A6D6482C13CDF731)
    (ARC:00)
    (CVR:1E0300)
    (IAD:06010A03602002)
    (TSI:F800)
    (TVR:0000008000)
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

```
      Preview your Mail
      Track your Packages
      Sign up for FREE @
      www.informeddelivery.com
```

ALL REFUNDS ARE FINAL.

Please visit www.usps.com/refunds to
file your refunds electronically.
Refund request for Adult Signature &
Restricted Delivery must be made in
person at a USPS Retail Location.

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

NORTHBOROUGH MA 01532

| Certified Mail Fee | $3.45 | $2.75 |
|---|---|---|

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.50

Total Postage and Fees  $6.70

05/11/2018

Sent To National Grid

Street and Apt. No., or PO Box No. PO BOX 960

City, State, ZIP+4® North Norwich MA 01532-0960

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 0640 0004 0802 5950

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

National Grid
PO Box 960
North Borough MA 01533-0960

9590 9402 1809 6074 8617 36

2. Article Number (Transfer from service label)

7015 0640 0004 0802 5950

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X amo -- NATIONAL GRID   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

December 18, 2018

National Grid

PO Box 960

Northborough MA 01532-0960


Dear National Grid,

Please don't call me.


Please send me an updated billing statement.

Sincerely,

Chris Laccinole

17 Richard Smith Road

Narragansett, RI 02882

Account 1318609050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Grid
PO Box 960
Northborough MA 01532-0960

9590 9402 1809 6074 6505 76

2. Article Number (Transfer from service label)

7018 1130 0000 5140 0922

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
V. Perry
C. Date of Delivery
12-2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NORTHBOROUGH, MA 01532

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.50 |
| Total Postage and Fees | $6.70 |

0880
14
Postmark
Here
12/18/2018

Sent To National Grid
Street and Apt. No., or PO Box No. P.O. Box 960
City, State, ZIP+4® Northborough MA 01532-0960

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

```
=================================
            WAKEFIELD
        551 KINGSTOWN RD
            WAKEFIELD
               RI
           02879-9994
          4382600880
12/18/2018    (800)275-8777   4:38 PM
=================================
Product              Sale      Final
Description          Qty       Price

First-Class            1        $0.71
Mail
Letter
    (Domestic)
    (ALLEN, TX  75013)
    (Weight:0 Lb 1.10 Oz)
    (Estimated Delivery Date)
    (Friday 12/21/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018113000051400892)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228727)
First-Class            1        $0.50
Mail
Letter
    (Domestic)
    (CHAPIN, SC  29036)
    (Weight:0 Lb 0.90 Oz)
    (Estimated Delivery Date)
    (Friday 12/21/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018113000051400908)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228734)
First-Class            1        $0.71
Mail
Letter
    (Domestic)
    (ATLANTA, GA  30348)
    (Weight:0 Lb 1.10 Oz)
    (Estimated Delivery Date)
    (Friday 12/21/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7017268000023252595)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228574)
First-Class            1        $0.50
Mail
Letter
    (Domestic)
    (LA JOLLA, CA  92037)
    (Weight:0 Lb 0.40 Oz)
    (Estimated Delivery Date)
    (Friday 12/21/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7017268000023252588)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228765)
```

```
First-Class            1        $0.71
Mail
Letter
    (Domestic)
    (CHESTER, PA  19016)
    (Weight:0 Lb 1.10 Oz)
    (Estimated Delivery Date)
    (Thursday 12/20/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7017268000023241841)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228758)
First-Class            1        $0.50
Mail
Letter
    (Domestic)
    (NORTHBOROUGH, MA  01532)
    (Weight:0 Lb 0.40 Oz)
    (Estimated Delivery Date)
    (Thursday 12/20/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018113000051400922)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940218096074650576)
First-Class            1        $0.50
Mail
Letter
    (Domestic)
    (BOSTON, MA  02108)
    (Weight:0 Lb 0.40 Oz)
    (Estimated Delivery Date)
    (Thursday 12/20/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018113000051400915)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228741)
First-Class            1        $0.50
Mail
Letter
    (Domestic)
    (ATLANTA, GA  30374)
    (Weight:0 Lb 0.40 Oz)
    (Estimated Delivery Date)
    (Friday 12/21/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018113000051400939)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228567)
First-Class            1        $1.42
Mail
Large Envelope
    (Domestic)
    (NEWTON CENTER, MA  02459)
    (Weight:0 Lb 2.60 Oz)
    (Estimated Delivery Date)
    (Thursday 12/20/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018036000214320311)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228598)
```

```
PM 1-Day               1        $7.25
    (Domestic)
    (NEWTON CENTER, MA  02459)
    (Weight:1 Lb 3.60 Oz)
    (Expected Delivery Date)
    (Wednesday 12/19/2018)
Certified              1        $3.45
    (@@USPS Certified Mail #)
    (7018113000051400946)
Return                 1        $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940238768060228581)

Total                           $75.30

Debit Card Remit'd              $75.30
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5354)
    (Approval #:        )
    (Transaction #:177)
    (Receipt #:001472)
    (Debit Card Purchase:$75.30)
    (Cash Back:$0.00)
    (AID:A0000000980840       Chip)
    (AL:US DEBIT)
    (PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

Note: Priority Mail Express refund
restrictions in effect for mailing
          dates Dec. 22 - 25

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

               Go to:
    https://postalexperience.com/Pos

    840-5028-0336-004-00002-57478-02

        or scan this code with
         your mobile device:
```

```
       or call 1-800-410-7420.
```

# USPS Tracking®

**FAQs ›** **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package  +

**Tracking Number:** 70181130000051400922                     Remove ✕

**On Time**

**Expected Delivery on**

## THURSDAY

# 20
DECEMBER
2018 ⓘ

by
**8:00pm** ⓘ

Feedback

## ⊘ Delivered

December 20, 2018 at 7:27 am
Delivered, To Agent
NORTHBOROUGH, MA 01532

Get Updates ∨

---

Text & Email Updates                                          ∨

---

Tracking History                                             ∨

---

Product Information                                          ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and
mailpieces that are processed through USPS automated equipment. app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fg

January 4, 2020

National Grid

PO Box 960

Northborough MA 01532-0960

Dear National Grid,

Please don't call me.

Please send me an updated billing statement.

Sincerely,

Chris Laccinole

17 Richard Smith Road

Narragansett, RI 02882

Account 1318609050

```
              NARRAGANSETT
             15 MEMORIAL SQ
        NARRAGANSETT, RI 02882-3391
               430101-0882
               (800)275-8777
           01/04/2020 01:00 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |
| (Domestic) | | | |
| (NORTHBOROUGH, MA 01532) | | | |
| (Weight:0 Lb 0.60 Oz) | | | |
| (Estimated Delivery Date) | | | |
| (Monday 01/06/2020) | | | |
| Certified | | | $3.50 |
| (USPS Certified Mail #) | | | |
| (70190140000033579041) | | | |
| Return Receipt | | | $2.80 |
| (USPS Return Receipt #) | | | |
| (9590940253979189775811) | | | |
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |
| (Domestic) | | | |
| (NORFOLK, VA 23502) | | | |
| (Weight:0 Lb 0.60 Oz) | | | |
| (Estimated Delivery Date) | | | |
| (Tuesday 01/07/2020) | | | |
| Certified | | | $3.50 |
| (USPS Certified Mail #) | | | |
| (70190140000033579027) | | | |
| Return Receipt | | | $2.80 |
| (USPS Return Receipt #) | | | |
| (9590940253979189776627) | | | |

Total:                            $13.70

Credit Card Remitd                $13.70
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX0629)
    (Approval #:01115D)
    (Transaction #:858)
    (AID:A0000000031010    Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

         Preview your Mail
        Track your Packages
       Sign up for FREE @
      www.informeddelivery.com

All sales final on stamps and postage.
 Refunds for guaranteed services only.
      Thank you for your business.

      HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

          Go to:
   https://postalexperience.com/Pos

 840-5028-0239-002-00035-29586-02

    or scan this code with
     your mobile device:
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NORTHBOROUGH, MA 01532

| Certified Mail Fee | $3.50 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.55 | |
| Total Postage and Fees | $6.85 | |

Sent To: National Grid
Street and Apt. No., or PO Box No.: PO Box 960
City, State, ZIP+4®: Northborough MA 01532-0960

7019 0140 0000 3357 9041

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Grid
PO Box 960
Northborough MA 01532-0960

9590 9402 5397 9189 7758 11

2. Article Number (Transfer from service label)
7019 0140 0000 3357 9041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**USPS Tracking**®

Track Another Package  +

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action

---

**Tracking Number:** 70190140000033579041

Remove ✕

Your item has been delivered to an agent at 7:02 am on January 7, 2020 in NORTHBOROUGH, MA 01532.

✅ **Delivered**
January 7, 2020 at 7:02 am
Delivered, To Agent
NORTHBOROUGH, MA 01532

Get Updates ⌄

| | |
|---|---|
| Text & Email Updates | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

July 24, 2020

National Grid

PO Box 960

Northborough MA 01532-0960


Dear National Grid,

Please don't call me.


Please send me an updated billing statement.

Sincerely,

Chris Laccinole

23 Othmar St.

Narragansett, RI 02882

Account 3812151048

```
               WAKEFIELD
            551 KINGSTOWN RD
         WAKEFIELD, RI 02879-9994
               438260-0880
               (800)275-8777
            07/24/2020 04:41 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

```
    Domestic
    Northborough, MA 01532
    Weight:0 Lb 0.50 Oz
    Estimated Delivery Date
    Monday 07/27/2020
```

| Certified | | | $3.55 |
|---|---|---|---|

```
    USPS Certified Mail #
    70192280000049475000
```

| Return Receipt | | | $2.85 |
|---|---|---|---|

```
    USPS Return Receipt #
    9590940260130069256697
```

| Total: | | | $6.95 |
|---|---|---|---|

| Credit Card Remitd | | | $6.95 |
|---|---|---|---|

```
    Card Name:VISA
    Account #:XXXXXXXXXXXX0629
    Approval #:03699D
    Transaction #:476
    AID:A000000031010          Chip
    AL:VISA CREDIT
    PIN:Not Required
```

```
****************************************
    Due to limited transportation
     availability as a result of
        nationwide COVID-19 impacts
      package delivery times may be
    extended. Priority Mail Express®
       service will not change.
****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com


All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

           Go to:
   https://postalexperience.com/Pos

  840-5028-0336-003-00056-57505-02

     or scan this code with
      your mobile device:
```



USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70192280000049475000

Remove ✕

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

## Reminder to Schedule Redelivery of your item

Get Updates ⌄

Feedback

Text & Email Updates                                                          ⌄

Tracking History                                                             ⌃

Reminder to Schedule Redelivery of your item
This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

July 27, 2020, 7:04 am
Available for Pickup
NORTHBOROUGH, MA 01532

July 27, 2020, 7:02 am
Arrived at Post Office
NORTHBOROUGH, MA 01532

July 26, 2020, 11:52 pm
Departed USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

July 26, 2020
In Transit to Next Facility

July 25, 2020, 7:35 pm
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

July 24, 2020, 11:07 pm
Departed USPS Regional Origin Facility
PROVIDENCE RI DISTRIBUTION CENTER

July 24, 2020, 9:51 pm
Arrived at USPS Regional Origin Facility
PROVIDENCE RI DISTRIBUTION CENTER

July 24, 2020, 6:19 pm
Departed Post Office
WAKEFIELD, RI 02879

July 24, 2020, 4:40 pm
USPS in possession of item
WAKEFIELD, RI 02879

Feedback

**Product Information**    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

**FAQs**

Feedback

September 16, 2020

National Grid

PO Box 960

Northborough MA 01532-0960


Dear National Grid,

Please don't call me.


Please send me an updated billing statement.

Sincerely,

Chris Laccinole

23 Othmar St.

Narragansett, RI 02882

Accounts 3812151048, 2646809067



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Northborough, MA 01532

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0880 |
| $ | $2.85 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.00 | |
| Total Postage and Fees | $7.40 | |

National Grid
PO BOX 960
Northborough MA 01532-0960

7020 1810 0001 1106 1340

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Grid
PO Box 960
Northborough, MA
01532-0960

9590 9402 5970 0062 0750 25

2. Article Number (Transfer from service label)
7020 1810 0001 1106 1340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**UNITED STATES POSTAL SERVICE®**

WAKEFIELD
551 KINGSTOWN RD
WAKEFIELD, RI 02879-9994
(800)275-8777

09/16/2020                          04:54 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® | 1 | | $1.00 |

Large Envelope
  Saint Paul, MN  55127
  Weight:0 Lb 0.80 Oz
  Estimated Delivery Date
  Monday 09/21/2020
Certified Mail®                          $3.55
  Tracking #:
  70180090000075194316
Return Receipt                           $2.85
  Tracking #:
  9590940259780062687886
Total                                    $7.40

First-Class Mail®      1                 $1.00
Large Envelope
  Norfolk, VA  23502
  Weight:0 Lb 0.90 Oz
  Estimated Delivery Date
  Monday 09/21/2020
Certified Mail®                          $3.55
  Tracking #:
  70201810000111061333
Return Receipt                           $2.85
  Tracking #:
  9590940259700062075032
Total                                    $7.40

First-Class Mail®      1                 $1.00
Large Envelope
  Northborough, MA  01532
  Weight:0 Lb 0.80 Oz
  Estimated Delivery Date
  Saturday 09/19/2020
Certified Mail®                          $3.55
  Tracking #:
  70201810000111061340
Return Receipt                           $2.85
  Tracking #:
  9590940259700062075025
Total                                    $7.40

First-Class Mail®      1                 $1.40
Large Envelope
  Providence, RI  02903
  Weight:0 Lb 2.80 Oz
  Estimated Delivery Date
  Saturday 09/19/2020
Certified Mail®                          $3.55
  Tracking #:
  70200090000193355686
Return Receipt                           $2.85
  Tracking #:
  9590940259700062075018
Total                                    $7.80

PM Express 1-Day       1                 $27.55
  Wakefield, RI  02879
  Weight:2 Lb 4.10 Oz
  Signature Waiver
  Scheduled Delivery Date
  Thursday 09/17/2020 12:00 PM
  Money Back Guarantee
  Tracking #:
  EJ383148566US
Insurance                                $0.00
  Up to $100.00 included
Total                                    $27.55

Grand Total:                             $57.55

Credit Card Remitd                       $57.55
  Card Name:VISA
  Account #:XXXXXXXXXXXX0629
  Approval #:00720D
  Transaction #:731
  AID:A0000000031010          Chip
  AL:VISA CREDIT
  PIN:Not Required

************************************
      Due to limited transportation
      availability as a result of
      nationwide COVID-19 impacts
      package delivery times may be
      extended. Priority Mail Express®
      service will not change.
************************************

Includes up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

    Tell us about your experience.
             Go to:
    https://postalexperience.com/Pos
    840-5028-0336-003-00058-19187-02
    or scan this code with your mobile
                device.



       or call 1-800-410-7420.

UFN: 438260-0880
Receipt #: 840-50280336-3-5819187-2
Clerk: 54

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201810000111061340

Remove ✕

Your item has been delivered and is available at a PO Box at 8:03 am on September 18, 2020 in NORTHBOROUGH, MA 01532.

## ✓ Delivered, PO Box

September 18, 2020 at 8:03 am
NORTHBOROUGH, MA 01532

Get Updates ⌄

Feedback

---

Text & Email Updates                                                    ⌄

---

Tracking History                                                        ⌃

September 18, 2020, 8:03 am
Delivered, PO Box
NORTHBOROUGH, MA 01532
Your item has been delivered and is available at a PO Box at 8:03 am on September 18, 2020 in NORTHBOROUGH, MA 01532.

September 18, 2020, 6:21 am
Available for Pickup
NORTHBOROUGH, MA 01532

USPS.com® - USPS Tracking® Results

September 18, 2020, 6:20 am
Arrived at Post Office
NORTHBOROUGH, MA 01532

September 17, 2020, 11:34 pm
Departed USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

September 17, 2020, 10:27 am
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

September 16, 2020, 10:11 pm
Arrived at USPS Regional Origin Facility
PROVIDENCE RI DISTRIBUTION CENTER

September 16, 2020, 5:47 pm
Departed Post Office
WAKEFIELD, RI 02879

September 16, 2020, 4:45 pm
USPS in possession of item
WAKEFIELD, RI 02879

## Product Information                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs